UNITED STATES DISTRICT COURT

LISA JACOBS MD MPH & Real Estate Broker DOCKET#:

VS,

GORDON MACDONALD ESQ, NH Attorney General, Samantha Gnanasagaram MD, ALEX DENESNERA MD INTERIM MEDICAL DIRECTOR NH HOSPITAL, DARTMOUTH HITCHCOCK MEDICAL CENTER, JOHN DOE, etc, et al,

U.S. DISTRICT COURT DISTRICT OF NH FILED 2018 NOV -7 A 10: 04

# COMPLAINT

This includes but is not limited to an ADA complaint, etc.

PARTIES: 1, Lisa Jacobs MD MPH and Real Estate Broker is a resident at 20 Colchester Rd. Weston MA 02493 with a mailing address of NH Hospital 36 Clinton St. Unit C Bed #108B Concord NH 03301,

2. Gordon MacDonald is the NH Attorney General at 33 Capitol St, Concord NH 03301.

2a. Dartmouth Hitchcock Medical Center is at 1 Medical Center Drive Lebanon NH.

3. Alex De Nesnera MD is the interim medical director at the NH Hospital at 36 Clinton St. Concord NH 03301,

3a. Dr. Samantha Gnanasagaram MD is a junior psychiatrist at NH Hospital 36 Clinton St. Concord NH 03301,

JURISDICTION AND VENUE: 4. The acts of discrimination under the ADA took place to including but not limited to in Concord NH so jurisdiction and venue are appropriate in this court.

FACTS 5. On 9/20/18, I was involuntarily committed to the NH Hospital based on fraud, perjury, and misdiagnosis wrongfully.

6. The state of NH did so because the state of NH has identified me as the common-law-wife of a NH prosecutor where the wives, common-law-wives, and girlfriends are given misdiagnoses to dismiss criminal charges.

7. In order for the prosecutors to keep their very good standing the wives, common-law-wives and girl-friends based on their female gender are involuntarily admitted to the NH Hospital as they can be alleged to be mentally ill, but not actual criminals.

On 9/21/18 Alex DeNesnera MD ordered

me via his NH Hospital attorney Lynn Mitchell Esq. to get discharged immediately on 9/21/18 given that I am not a danger to myself or others and given that I was wrongfully admitted based on fraud, perjury, and female gender as a common-law-wife and based on the perception of mental illness.

10. On 9/21/18 Alex DeNesnera MD via his NH Hospital attorney Lynn Mitchell Esq. ordered me to sue him to get out of NH Hospital.

11. On 9/25/18 I sued Alex DeNesnera MD on a habeas corpus petition which was dismissed without any hearing where Gordon MacDonald Esq. misrepresented that via Lindsey Courtney Esq. that there was never any patient who was released via habeas corpus petitions.

12. NH Hospital released many patients quickly and easily via habeas corpus petitions who are high profile very important persons in order to have criminal charges dismissed against them in the past and committed perjury.

13. On 10/10/18, Dr. Matthew Gomez who is a senior board certified psychiatrist saw me, opined that misdiagnosis has been done that I am absolutely not delusional, that I am not a danger to myself and others, and ordered for me to be discharged on 10/11/18.

14. On 10/11/18 Gordon MacDonald Esq. stopped my discharge where he practiced medicine by opining

that I am a danger to myself and others where he really wants me living in the NH State Hospital for the next 3 years and over medicated so as to be unable to testify as a witness against Gordon MacDonald Esq and to slow down my rate of litigation against the NH Attorney General.

15. On 10/10/18 Dr. Gomez also determined that he can not even say that I need to take any drugs, including but not limited to any pschiatric drugs.

16. On 10/12/18, Dr. Gomez explained that the reason why I have not been discharged is Gordon MacDonald Esq. has refused to allow me to leave this NH Hospital and really wants me to live in here for 3 years.

17. On 9/20/18, I complained of discrimination based on being a 52 year old Jewish female who is physically disabled with 2 cancers & back and others and who is also being discriminated against based off the perception of mental illness.

18. Under Title II & Title III of the Americans with Disabilities Act then I am asking for the reasonable accomodation of an absolute discharge, and absolution from my record with elimination of the involuntary commitment from my record as well as my necessary non-psychiatric medical treatment.

19. As grounds, I am a licensed MD and licensed real estate

broker who is not mentally ill who was wrongfully committed as a law school student.

20. I intended to start law school at a top ranked law school in fall of 2018 where Gordon, DeNesnera, & Gnanasagaran are delaying me attending law school, intentionally and maliciously.

21. Gordon MacDonald Esq. had me involuntarily committed and won't discharge me as he does not want me to attend law school.

22. Gordon MacDonald Esq.'s namesake Lorraine MacDonald was fired for gross alcoholism & substance abuse from the Clinton Hospital in 2013 where she is prohibited from ever working in the Univ. of MA medical system ever again.

23. Peter MacDonald, Lorraine MacDonald, Nathaniel MacDonald & Jocelyne MacDonald, have criminally harassed me, stalked me, invaded my privacy, done criminal threatening and have executed a hit and run on Route 495 South in Marlborough MA which was an assault and battery with intent to commit vehicular homicide per nurses.

24. Gordon MacDonald Esq. belittled security video, photos & NH 911 calls of crimes, witness statements, by MacDonalds as he has been having the Fitzwilliam police, NH State Police, and NH AGO Chief Public Integrity Officer Richard Tracy write up the reports falsely for years in order to protect his namesakes of the Peter MacDonald Family.

25. Gordon MacDonald Esq., Samantha Gnanasagaran MD, and Alex DeNesnera MD

have behind the scenes had ex-parte communications with the NH Probate Court to arrange for me to have a guardian from the NH Professional Guardianship organization and to be drugged involuntarily.

26. Gordon MacDonald Esq. lost to me in 2017 in the Merrimack Superior Court where he is a sore looser to have plotted unlawful retaliation to have me drugged improperly.

27. On 9/24/18, Dr. DeNesnera MD and Dr. Gnanasagarem did not care about anything other than psychiatry including but not limited to my cancer and non-psychiatric treatment.

28. From 9/20/18 Dr. DeNesnera has refused to give standard necessary not psychiatric drugs and treatment despite 2 cancers.

29. Under the ADA, then I seek the reasonable accomodation of my not psychiatric medical treatment including but not limited to cancer recurrence monitoring tests etc. to be completed.

30. I seek an injunction for Dr. Alex DeNesnera MD, Dr. Samantha Gnanasagarem and Gordon MacDonald Esq. to stop leaving me in harm's way where I have had criminal threatening twice on 9/30/18, 3 thefts, been harassed, stalked,

~~and~~ had my privacy invaded in this NH Hospital, and 2 counts of criminal threatening on 10/29/18.

31. Gordon MacDonald Esq., Samantha Gnanasagarem MD and Alex DeNesnera MD have been doing witness intimidation where in order to have my liberty then I have to testify not against Gordon MacDonald Esq., and Peter MacDonald family for FBI and federal prosecutors or else I won't be discharged.

32. Gordon MacDonald Esq., Dr. Samantha Gnanasagarem, and Alex DeNesnera MD have been doing witness intimidation where in order to have my liberty then I have to attend not a top ranked law school and have to give up my litigation against the state of NH Attorney General, state of NH, ~~and~~ Alex De Nesnera, & Dr. Samantha Gnanasagarem MD & Dr. Samantha Gnanasagarem,

33. Dr. Alex De Nesnera has been doing along with NH Hospital medicare fraud since 9/20/18 by doing ~~[illegible]~~ libel that Lisa JAcobs MD MPH & Real Estate Broker is delusional since 9/20/18.

34. Dr. Alex De Nesneraa, Dr. Samantha Gnanasagarem MD, have been saying since 9/20/18 that Dr. Lisa JAcobs MD MPH & Real Estate Broker is delusional from 9/20/18 onwards to James DeVita MD on 10/15/18 without authorization and to others.

35. The NH Attorney General Gordon MacDonald Esq. and other NH officials communicated to Don Feith Esq on or about 6/12/17 that I am (6)

delusional.

36. The statement that I am delusional is untrue, and NH Hospital misdiagnosed 6 female patients with gender discrimination claims vs NH.

37. The MacDonalds are longstanding criminals in the states of MA and in NH who are known for the past 30 years to have done illegal drugs and alcohol excess where their own MA doctors admitted to their alcoholism alcohol use disorder so I am not delusional for saying they are alcoholics.

38. Dr. Gomez who is the senior psychiatrist to Dr. Gnanasagarem knows that the police at times do not do what they are supposed to be doing.

39. The McClean Hospital, Newton Wellesley Hospital doctors, and nationally known forensic expert Dr. Keith Ablow MD have opined that I am not delusional where they do not buy into the fraud and misdiagnosis of Dr. Gnanasagarem & Dr. DeNesnera that I am a danger to myself and others.

40. There is 3 days of neuropsychological testing at the McClean Hospital which determined that I am not delusional and have a perfect genius IQ.

41. On 9/30/18, Amanda C. and Melissa M. threatened to kill me at NH Hospital.

42. On or about 10/3/18, 10/7/18, and 10/9/18 I was a victim of theft of my personal property at NH Hospital by Crystal Ainslie.

43. On 10/27/18, I had Crystal Ai and Allison B. flip the middle finger at me.

44. From 9/20/18 onwards I have been

sexually harassed by lesbian Crystal A. who has serenaded me with songs that she is naked, repeatedly thrust her hips like she is having sex at me, and I rebuffed her to have her burp, pass gas at me, ~~and~~ scream at me, and bang on the wall where my bed is located including singing to me that I have the best of her love on 10/30/18.

45. From 10/20/18 onwards I have had Robert N. sexually harassing me including but not limited to coming up behind me to whisper in my ear messages in a sexy voice with on or about 10/25/18 an erection which Jonathen G. found to be inappropriate in the dining room.

46. From 10/20/18 I have been sexually harassed by John Does NH Hospital employees & staff.

47. On 10/28/18 Kaitey D. sexually harassed me that I need a good fuck, and that I should be having conjugal visits at NH Hospital.

48. On 10/27/18, Crystal A. gave me the middle finger.

49. On 10/24-28/18, Allison B. who is a stripper/prostitute, and from 9/20 onwards Jennifer F. who is a prostitute have been jealous of the sexual attention that is unwanted to me where they screamed at me, swore, and on 10/28/18 Allison B. gave to me the middle finger.

50. On 10/26/18, Dr. Alex De Nesnera MD via his staff admitted to me that I am not a danger to myself or others, that I have had no personal safety emergencies,

that I have not a single anger outburst, but still NH Hospital & Gordon MacDonald Esq. want to drug me so as to make it harder for me to litigate against the state of NH.

51. Dr. Alex DeNesnera MD, Dr. Samantha Gnanasagaram, Gordon MacDonald intended to inflict emotional distress on me and should have known that their fraud, misdiagonosis, harassment, dangerous unsafe NH Hospital with leniency, defemation that I am delusional, would inflict emotional distress upon me.

52. Dr. Alex DeNesnera MD, Dr. Samantha Gnanasagaram and Gordon MacDonald's conduct of fraud, misdiagnosis, harassment, dangerous, unsafe NH Hospital with leniency, defemation that I am delusional while being a victim of years of crimes by the MacDonalds were extreme and outrageous beyond all bounds of decency and utterly intolerable in a civilized community.

53. The distress suffered by the plaintiff was severe and of the nature that no reasonable person could be expected to endure it.

54. As a result of the unlawful and unconstitutional conducts, the plaintiff suffered via the negligence from headaches, ringing in the ears, herpes simplex virus 1, a labia majora abcess, back pain, shoulder pain from excessive force injection.

55. The plaintiff suffered from severe intentional emotional distress.

56. On or about 10/25/18, Allison B. was admitted

and manipulated to have a death threat campaign against me which included having patients call me a rat to the NH State Police and staff while dancing with staff to do witness intimidation of me. Allison B., Elizabeth S., Jared L., and Crystal A. were repeatedly harassing me with even a mass shooting gesture with a machine gun.

57. On 10/29/18, Elizabeth S., Allison B., Jared L., and Crystal A. did criminal threatening by threatening to beat up and to kill me.

58. On 10/29/18 but for death threats against staff was concerned patients will kill me as patients said that they would kill me so I was put into seclusion and involunterily injected with 5mg zyprexa with excessive force where I suffer from back pain and right shoulder pain.

59. On 10/30/18, George Marchand RN admitted the legal basis as to why I was put in seclusion and drugged was because patients told him and other nurses that they were going to kill me where they disliked me as the snitch, rat, and rodent of the NH State Police and staff as they did not want to get into trouble.

60. On 10/27/18 Alex who is a mental health worker did a simple assault by hitting Jonathen Gagne patient with parents as his legal guardians in the face with me as the witness.

61. On 10/27/18 I was interviewed twice by the NH State Police, and then also on 10/30/18 where the NH Hospital refuses to allow me to call the police, and have restricted my calls as they don't want their staff and patients criminally prosecuted. I seek unrestriction.

62. On 10/29/18 I called Mr. and Mrs. Sharon Gagne who are Jonathen's parents and legal guardians to notify them of 2 simple assaults and threats to kill Jonathen Gagne where Mr. Gagne promised no complaint against me, but complained to NH State Police and NH Hospital that the simple assaults and death threats must stop against Jonathen Gagne and me.

63. On 10/29/18 NH Hospital George Marchand RN restricted my phone calls along with Dr. Samantha Gnanasagarema Dr. Alex De Nesnera where they complained I committed a crime by calling Jonathen's guardian, which is untrue.

64. NH Hospital has dictated that I can't talk to anybody despite being the elected President of the Patient Union, and a law school student, medical doctor and real estate broker to interfere with my advantageous business relations with patients, their families, NH State Police, FBI, US Attorney Office, Disability Rights, Allen Lee, Yasser Jacob, etc.

65. NH Hospital, Dr. Alex DeNesnera, Dr. Gnanasegaram, Gordon MacDonald Esq. stopped me from attending law school and stopped me from selling 2 luxury homes since 9/20/18 as a real estate broker so as to cause me loss of income.

66. Gordon MacDonald Esq. NH AG owes duty to issue move out for sale order to Peter and Lorraine MacDonald where he has refused to do so given anti-semitism where he does not like Jews and does not like what his Chief Public Integrity Investigator referred to as my overly offensive heavily ethnically "full" Jewish name: LISA JACOBS.

67. Instead, despite building code & fire law violations by Peter MacDonald's family which necessistate the move out for sale order, Gordon MacDonald Esq. has let the alcoholic MacDonalds to be allowed to stay and lowered property values.

68. COUNT I: Title 3 ADA VIOLATION vs. all defendants

69. Plaintiff repeats and realleges all above paragraphs as if fully stated herein.

70. By the aforementioned acts, the defendants violated Title 3 of ADA.

71. COUNT II: Title 2 ADA Violation vs. all Defendants

72. Plaintiff repeats and realleges all above paragraphs as if fully stated herein.
73. By the aforementioned acts, the defendants violated Title 2 of ADA.
74. COUNT III: DEFAMATION SLANDER & LIBEL VS. ALL DEFENDANTS
75. Plaintiffs repeats and realleges all above paragraphs as if stated fully herein.
76. On 10/9/18 Alex DeNesnera MD & Samantha Gnanasagarem MD, & Gordon MacDonald Esq gave to Marilyn Jacobs RN MED a fraudulent NH Hospital medical record the contents of which are libel.
77. On various dates from 9/20/18 onwards, including on 10/15/18 Dr. DeNesnera and Dr. Gnanasagarem committed slander to James Devito MD without even a release.
78. By the aforementioned acts the defendants committed defamation.
79. COUNT IV. CONSPIRACY TO INTERFERE WITH LIVELIHOOD
80. Plaintiff repeats & realleges all above paragraphs as if stated fully herein.
81. By the aforementioned acts the defendants DeNesnera, Gordon, Gnanasagarem committed conspiracy to interfere with livelihood of me as a MD, MPH, Real Estate Broker, law student, and President of Patient Union, etc.
82. ~~COUNT~~: Again, I could have been practicing medicine earning a MD MPH salary, but for being hospitalized wrongly.

COUNT 5:
83. INTENTIONAL INTERFERENCE WITH ECONOMIC ADVANTAGE
84. Plaintiff repeats and realleges all above paragraphs as if stated fully herein.
85. By the aforementioned acts, DeNesnera, Gnanasagarem, & MacDonald conspired to interfere with my livelihood.

COUNT 6:
86. INTERFERENCE WITH CUSTOMERS FOR DAMAGES & INJUNCTION AGAINST FURTHER INTERFERENCE
87. Plaintiff repeats & realleges all above paragraphs as if stated fully herein.
88. By the aforementioned acts and others including involuntarily hospitalizing me so as to stop me from practicing clinical internal medicine, preventive medicine, real estate brokering, property management,

President of Patient's Chain, etc. so as to cause lost income.

89. Count 7: Complaint for Damages Resulting from Threats, Indecent Language & Proposals

90. Plaintiff repeats and realleges all above paragraphs as if stated fully herein.

91. The Dr. DeNesnera, Dr. Gnanasagarem, and Attorney General MacDonald Esq and their staffs from 9/20/18 inappropriately threatenned to keep my liberty away from me if I continued to exercise protected petitioning speech where on 10/31/18 they even restricted so as to no longer allow the phone # 271-2323 to be called to the NH Board of Nursing where I had filed complaints with not only the Nursing Board, but all other Boards.

92. MacDonald, DeNesera, and Gnanasagarem from 5/28/16 onwards have threatenned to beat, keep liberty, socialially isolate, encourage to commit suicide, take away lights, used excessive force, and empowered patients to commit crimes against me including threatenning my life serially.

93. COUNT 8: COMPLAINT FILING MULTIPLE MERITLESS COMPLAINTS TO INTIMIDATE AND HARASS ME - ALLEGING MALICIOUS PROSECUTION, ABUSE OF PROCESS.

94. Gordon MacDonald, DeNesnera, & Gnanasagarem filed multiple meritless complaints on or about 2015 onwards including but not limited to 7/25/15, 8/27/16, 3/15/17, 5/23/18, 9/20/18, and 9/20/18 onwards where elements were not even met for criminal threatening, resisting arrest, sworn falsification, indirect criminal contempt for filing protected first amendment litigation in Massachusetts, an involuntary probate admission to NH State Hospital to intimidate and harass me, a habeas corpus petition which failed, but which DeNesnera ordered to be filed.

95. MacDonald, DeNesnera, & Gnanasagarem also harassed me that they will file for guardianship and involuntary drug me when they know that per Dr. Gomez I don't qualify for a guardian or involuntary drug administration.

96. COUNT 9: BREACH OF IMPLIED WARRANTY OF HABITABILITY

97. Plaintiff repeats and realleges all above paragraphs as if stated fully herein.

98. The NH Hospital Dr. De Nesnera, Dr. Gnanasegarem, Gordon MacDonald & had a lack of heat in my room 9/20-10/5/18; graphiti, hair in my food, lack of ability to have on my lights, clogged shower drain, clogged toilets, etc. where they had a breach of implied warranty.

99. COUNT 10: COUNT 10 BREACH OF NH CONSUMER PROTECTION ACT

100. Gordon MacDonald, Dr. De Nesnera, and Dr. Gnanasagarem engaged in unfair deceptive business practices and failed to make a fair and reasonable settlement offer of only $200,000 on 10/30/18 while making misrepresentations of being a safe competent hospital.

101. MacDonald, De Nesnera, & Dr. Gnanasagarem are publically corrupt officials who perpetrate fraudulent misdiagnosis of delusional disorder, said & wrote negative facts about me that I was intrusive when I had patients' permission to be involved with them like Jonathan Gagne to notify his guardian of 2 simple assaults and threats to kill him. I sent a demand letter dated 10/31/18.

102. COUNT 10: QUANTUM MERUIT

103. Plaintiff repeats and realleges all above paragraphs as if stated fully herein.

104. On 9/20/18, I arrived as a MD MPH at NH Hospital to learn Dr. Samantha Gnanasagarem is incompetent and inappropriate from staff.

105. On 10/12/18 I learned from Dr. Matthew Gomez MD that Dr. Gnanasagarem is an inappropriate psychiatrist.

106. From 9/20/18, I practiced medicine and property managed at NH Hospital where I even properly called a code etc. for which I demand the fair market value of my services.

107. From 9/20/18, I did real estate brokering/property management where I enforced by demanding enforcement of nuisance laws and subsidized housing laws.

108. COUNT 11: PERSONAL INJURY

109. From 9/20/18 onwards, MacDonald, De Nesnera, & Gnanasagarem caused me to suffer from personal injuries of headaches

ringing in my ears, herpes simplex virus 1, labia majora abcess, back pain, right shoulder pain including but not limited from their 10/29/18 involuntary injection of zyprexa which was a wrong drug to administer per Dr. Gomez.

COUNT 12: NEGLIGENCE MEDICAL MALPRACTICE

110. MacDonald, Dr. De Nesnera, and Dr. Gnanasagarem deviated from the standard of care by breaking doctor patient confidentiality to talk to James Devita MD on 10/15/18 to enable me not to transfer to Tewksbury Hospital without even a signed release.

111. MacDonald, De Nesnera, and Gnanasagarem deviated from the standard of care by misdiagnosing me as delusional, dangerous to myself and others where I was not, so that they owed a duty to release me on 9/21/18.

112. When Dr. Gomez agreed to release me on 10/11/18 on the basis of me not being a danger to myself and others as well as not delusional, then they Dr. De Nesnera, Dr. Gnanasagarem, & MacDonald blocked the discharge.

113. On 10/15/18 Dr. De Nesnera failed to change Dr. Gnanasagarem who is incompetent so that I have been harmed as I have no provider.

114. On 10/25/18 Dr. Gomez prescribed me Fish oil which was an oral order for Dr. Gnanasagarem to follow and she refused to do so where I have been injured.

115. On Oct. 5, 2018 NH State Police said that I should be moved to a new ward as I am

in danger, but MacDonald, De Nesnera, & Granasagarem left me in harm's way for too long for me to have death threats against me with witness intimidation by staff to stop complaining or else I will be drugged and by patients or else I will be killed on 9/30/18 and on 10/29/18.

116. On 10/28 & 10/29/18 my liberty was further restricted with wing, phone, and no recreation ~~[illegible]~~ and fresh air to isolate me socially to encourage me to kill my self.

117. MacDonald, De Nesnera, & Granasagarem failed to enforce criminal & civil nuisance laws so as to intentionally cause emotional distress, trauma, headaches, etc;

118. Dartmouth Hitchcock Medical Center is at 1 Medical Center Drive and employs De Nesnera & Granasagarem.

119. State of NH Hospital is part of NH Dept. of Health and Human Services operates NH Hospital,

120. Whenever Dr. De Nesnera and Dr. Granasagarem are named in this complaint then Dartmouth Hitchcock Medical Center is also therein.

121. ~~Third~~ Count 13: Violation of NH State Public Accomodation & Discrimination Laws vs. all defendants

122. By the aforementioned acts, the defendants violated state and public accomodation laws where I was denied all services as a 52 year old female Jew~~[illegible]~~ with 2 cancers & back & shoulder

conditions whereby after my complaints on 9/20/18 then I was retaliated against to be restricted which is unlawful retaliation.

123. Count 14: Violation of ~~State~~ Federal Public Accomodation & Discrimination Laws vs. all Defendants

124. By the aforementioned acts, the defendants violated federal public accomodation laws where I was denied all services as a 52 year old Female Jew with 2 cancers & back shoulder conditions whereby after my complaints on 9/20/18 then I was retaliated against to be restricted which is unlawful retaliation.



mail original to court

Mail to via green card to Gordon MacDonald 33 Capital St Concord NH 03301
& to Alex DeNesnera 32 Clinton St "

then green cards mail to court

1 For me
1 For Meredith
1 For Chris Johnson

Lisa Jacobs
Po Box 488
Weston MA 02493

greencard 3
FED
to defendants

Civil Clerk
US District Court NH in Concord
55 PLEASANT ST, Room 110

CONCORD NH 03301